UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Julie W.                                          )       Case No.:   3:19-cv-00596-YY
                                                  )
                Plaintiff,                        )
                                                  )
        v.                                        )       ORDER AWARDING ATTORNEY
                                                  )       FEES PER 28 USC 2412(d)
                                                  )
KILOLO KIJAKAZI,                                  )
Acting Commissioner,                              )
Social Security Administration,                   )
                                                  )
                Defendant.                        )
                                                  )
_____

        It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28

U.S.C. § 2412, attorney fees in the amount of $4,930.84 are awarded to Plaintiff.  It is

ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon

verification that Plaintiff has no debt which qualifies for offset against the awarded fees,

pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct.

2521 (2010).   If Plaintiff has no such debt, then the check shall be made payable to

Plaintiff's attorney and mailed to Plaintiff's attorney's mailing address at: 825 NE 20TH

Ave., Suite 330, Portland OR 97232.  If Plaintiff has such debt, then the check for any

remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to

Plaintiff's attorney's mailing address stated above.

    IT IS SO ORDERED:   __April 13, 2023_____


                           _____/s/ Youlee Yim You_____
                           U.S. Magistrate Judge


    Proposed Order submitted:              Date:  April 12, 2023.


    /s/ George Wall
    _____
    George J. Wall, OSB #934515
    gwall@eastpdxlaw.com
    Phone No.:  503-236-0068
    Fax No.:  503-236-0028
    Attorney for Plaintiff, Julie W.